EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2015 TSPR 17 |
| Anselmo Irizarry Irizarry | 192 DPR ____ |

Número del Caso: TS-8128

Fecha: 27 de febrero de 2015

Abogado de la Parte Peticionaria:

      Lcdo. Efraín Guzmán Mollet

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Anselmo Irizarry Irizarry

TS-8128

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de febrero de 2015.

Atendida la *Segunda moción solicitando reinstalación* presentada por el Sr. Anselmo Irizarry Irizarry el 11 de febrero de 2015, se declara **ha lugar**, y como consecuencia, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo